UNITED STATES DISTRICT COURT
for the
Southern District Of New York

| | |
|---|---|
| THE NEW YORK CITY DISTRICT COUNCIL OF CARPENTERS PENSION FUND and the BOARD OF TRUSTEES of the NEW YORK CITY DISTRICT COUNCIL OF CARPENTERS PENSION FUND,<br><br>                    Plaintiffs,<br>          -against-<br><br>STRUCTURAL DISPLAY CO., INC., THE ESTATE OF WILLIAM S. ABBATE, and JOHN DOES 1-10 (all other Trades or businesses under common control with Structural Display),<br>                    Defendants. | Case No.: 13-CV-0042 |

**APPEARANCE OF COUNSEL**

TO:     The Clerk of the Court and all parties of record

I admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:  THE ESTATE OF WILLIAM S. ABBATE.

Dated:  East Northport, New York
        February 18, 2013

                                        _____
                                        JOHN L. JULIANO (JLJ 7625)
                                        Attorney for Defendant
                                          Estate of William S. Abbate
                                        39 Doyle Court
                                        East Northport, New York 11731
                                        Telephone: (631) 499-9300
                                        Fax: (631) 462-2532
                                        E-mail: jlj@johnljulianopc.com